RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/14/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. 2:99-CR-20088 |
| VERSUS | |
| DANIEL J. DEVILLE | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Deville's Section 2255 motion is DENIED AND DISMISSED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 14th day of June, 2011.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE